GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00675-PHX-MTL (DMF) |
| Plaintiff, | **R E D A C T E D**<br>**I N D I C T M E N T** |
| vs. | |
| Leonard Loren Madden, | VIO: 18 U.S.C. §§ 2252(a), (e), and 2256<br>(Production of Child Pornography)<br>Count 1 |
| Defendant. | |
| | 18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256<br>(Distribution of Child Pornography)<br>Count 2 |
| | 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256<br>(Possession of Child Pornography)<br>Count 3 |
| | 18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Between on or between November 1, 2020, to August 1, 2021, in the District of Arizona, the defendant LEONARD LOREN MADDEN, did knowingly employ, use, persuade, entice, induce and coerce a minor, that is Jane Doe, age 3, to engage in sexually

explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, including the following files:

    IMG_0394.jpg

    IMG_0398.jpg

    IMG_0404.jpg

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2256.

## COUNT 2

On or about August 1, 2021, in the District of Arizona, and elsewhere, the defendant LEONARD LOREN MADDEN, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions distributed were in a social media platform. The visual depictions had been mailed, had been shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

    IMG_0394.jpg

    IMG_0398.jpg

    IMG_0404.jpg

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**COUNT 3**

Between on or about November 1, 2020, to August 5, 2021, in the District of Arizona, and elsewhere, defendant, LEONARD LOREN MADDEN, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on a cellular telephone. The visual depictions on the cellular telephone had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

> 5c8a0e5d85109e41390918cb1a7370ae.jpg
>
> 6a7eba57-35d2-421e-a6f1-2eef501c60bc.mp4
>
> 27b91f833f5e78f98839a3cd07803fea.jpg
>
> 75e6ea73-d662-4e38-90c3-5bcbfa5c5eec.jpg
>
> 85a3b911ffec01afe71df59c628ffa4b.jpg
>
> 511a8ad874c59edb2836d5573eb21fa2.jpg
>
> 578f8195-2342-4180-8c04-7b8f89d87684.mp4
>
> 578f8195-2342-4180-8c04-7b8f89d87684.jpg
>
> e7d8a2c0ae0c8bb12ecd9fe03885d6d9.jpg
>
> e7d8a2c0ae0c8bb12ecd9fe03885d6d9.mp4
>
> e7d8a2c0ae0c8bb12ecd9fe03885d6d9.mp4

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the computer and external hard drive listed in Counts 1 – 3 above, seized by law enforcement on or about August 5, 2021, containing visual depictions of minors engaging in sexually explicit conduct and child erotica and used to facilitate child pornography activities. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence,
    (2)    has been transferred or sold to, or deposited with, a third party,
    (3)    has been placed beyond the jurisdiction of the court,
    (4)    has been substantially diminished in value, or
    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
_____
FOREPERSON OF THE GRAND JURY
Date: August 24, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

S/
_____
GAYLE L. HELART
Assistant U.S. Attorney